UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

JOSE ULLOA ANARIBA, individually and on
behalf of others similarly situated,

                Plaintiff,

- against -

MCGOWAN CONTRACTING, INC.,
JOHN MCGOWAN & SONS, INC., JOHN MCGOWAN
& SONS OF N.Y. INC., JAMES MCGOWAN and
JOHN J. MCGOWAN III, "JOHN DOES" name fictitious,
actual name and number of such persons being unknown,
and "XYZ CORPORATIONS", name fictitious, actual
name and number of such corporations being
unknown, RLI INSURANCE COMPANY, and "ABC
BONDING ENTITIES", name fictitious, actual name
and number of such entities being unknown,

                Defendant(s).
----------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Case No. CV-03-0749 (TCP)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the above-captioned action is hereby dismissed with prejudice, each party to bear its own costs and fees, including attorneys' fees.

Dated: April 23, 2003

RAINS & POGREBIN, P.C.

By: _____
John T. Bauer (JB:4658)
Attorneys for Defendants
MCGOWAN CONTRACTING, INC.,
JOHN MCGOWAN & SONS, INC.,
JOHN MCGOWAN & SONS OF N.Y. INC.,
JAMES MCGOWAN and
JOHN J. MCGOWAN III
210 Old Country Road
Mineola, NY 11501
(516) 663-5428

_____
Delvis Melendez (DM:7975)
Attorney for Plaintiff
90 Bradley Street
Brentwood, NY 11717
(631) 434-1443

WOLFF & SAMSON, PC

By: _____
    Jonathan Bondy (JB:3106)
    Attorneys for Defendant
    RLI INSURANCE COMPANY
    One Boland Drive
    West Orange, NJ 07052
    (973) 325-1500

Dated: Central Islip, New York    SO ORDERED:

      _____May 12_____, 2003

                                                                 _____, J.